**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7434**

———————

DAVID S. COUSINS,

Petitioner - Appellant,

versus

DAVID BOBO; SAMUEL DOTSON; MICHAEL F. EASLEY,
Attorney General of North Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby. Graham C. Mullen, District
Judge. (CA-97-28-4)

———————

Submitted: September 30, 1998      Decided: October 13, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

David S. Cousins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David S. Cousins appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion holding that Cousins had failed to state a claim and find no reversible error. <u>See</u> <u>Superintendent, Mass. Correctional Inst. v. Hill</u>, 472 U.S. 445 (1985); <u>Wolff v. McDonnell</u>, 418 U.S. 539, 571-72 (1974); <u>Pell v. Procunier</u>, 417 U.S. 817, 822 (1974); <u>Leonard v. Nix</u>, 55 F.3d 370, 375 (8th Cir. 1995). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Cousins v. Bobo</u>, No. CA-97-28-4 (W.D.N.C. Sept. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2